CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
September 06, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
       DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **DANIEL KENNEDY,** <br>     **Plaintiff,** | Civil Action No. 7:24cv00470 |
| | **MEMORANDUM OPINION** |
| v. | |
| | By:  Thomas T. Cullen |
| **OFFICER M. OWENS,** <br>     **Defendant(s),** | United States District Judge |

    Plaintiff, proceeding pro se, filed a civil rights complaint, under 42 U.S.C. §1983.  By order entered July 22, 2024, the court directed plaintiff to submit, within 30 days from the date of the order, a prisoner trust account report (a institutional equivalent) for the month of June.  The prisoner trust account report was to be filled out, signed, and dated by the appropriate prison official of each prison plaintiff is or was confined during that month.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than 30 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court will dismiss the action without prejudice and strike the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

    ENTER:  This 6th day of September, 2024.

*/s/ H. Cullen*
United States District Judge